**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MAMADOU SALIOU BARRY,

Petitioner,

v. No. 1:26-cv-01335-MLG-JFR

TODD BLANCHE, Acting Attorney General,
United States Department of Justice, et al.,

Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order Granting Petition for Writ of Habeas Corpus and Directing Respondents to Immediately Release Petitioner (Doc. 7) and the Status Report (Doc. 8) confirming Petitioner Mamadou Saliou Barry's release previously filed in this matter, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA